**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   17-10411 |
| Plaintiff-Appellee, | D.C. No. 4:17-cr-00228-DCB |
| v. | |
| JUAN RICARDO ACOSTA-CRUZ, a.k.a. Ricardo Acosta Cruz, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted May 15, 2018**

Before:     SILVERMAN, BEA, and WATFORD, Circuit Judges.

Juan Ricardo Acosta-Cruz appeals from the district court's judgment and

challenges his guilty-plea conviction and 21-month sentence for reentry of a

removed alien, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*,

386 U.S. 738 (1967), Acosta-Cruz's counsel has filed a brief stating that there are

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Acosta-Cruz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**